# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Feb 28 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**UNITED STATES OF AMERICA** § §
§ CASE NUMBER: **EP:19-M -02051(1) RFC**
vs. § §
§
**(1) JUANA SIC-BATZ** §

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Juana Sic-Batz, was represented by counsel, Jaime A. Villalobos.

The defendant pled guilty to the complaint on **February 28, 2019.** Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | February 23, 2019 |

As pronounced on February 28, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 28th day of February, 2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | **Case Number:** |
| vs. | § | EP:19-M -02051(1) |
| | § | |
| (1) JUANA SIC-BATZ | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Jaime A. Villalobos, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 28th day of February, 2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Western District of Texas
### El Paso Division

**FILED**
02/28/2019
Clerk, U.S. District Court
Western District of Texas

By: *VMontoya*
Deputy

## INITIAL APPEARANCE, PLEA AND SENTENCE

Case Number: EP:19-M -02051(1) RFC

| | |
|---|---|
| DEFENDANT'S NAME: (1) JUANA SIC-BATZ | ATTY FOR DEFENDANT: Villalobos, Jaime A. |
| JUDGE: ROBERT F. CASTANEDA | AUSA: Vanessa Brown |
| DEPUTY CLERK: Veronica Montoya | INTERPRETER: X Yes ☐ No |
| COURT REPORTER: ERO | PROB. OFFICER |
| | PRETRIAL OFFICER: |
| DATE: 02/28/2019 | TIME: 21 Minutes 2:58 - 3:19 |

### PROCEEDINGS    DFT NO.    [DftNo1]    [DftNo2]

| | | [DftNo1] | [DftNo2] |
|---|---|---|---|
| X | INITIAL APPEARANCE | X | |
| X | ARRAIGNMENT HELD | X | |
| X | DFT INFORMED OF RIGHTS/oral consent to plea | X | |
| X | GUILTY    DEFT [DftNo1]    COUNT(S): COMPLAINT | | |
| X | GUILTY PLEA ACCEPTED BY THE COURT | X | |
| | Information Filed On _____ | | |
| | Motion to Dismiss Complaint filed on _____ | | |
| | Court Grants Motion to Dismiss on _____ | | |
| | Order Dismissing Complaint entered on _____ | | |
| X | Oral Motion by AUSA to Remit Special Assessment | X | |
| X | Oral Order Granting Oral Motion to Remit Special Assessment | X | |
| X | SENTENCING HELD: Defendant sentenced to : **Time Served / NO FINE / SA REMITTED** | | |

OTHER: _____

ef

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/28/2019
Clerk, U.S. District Court
Western District of Texas

By: Vm
Deputy

**USA**

vs.

**(1) JUANA SIC-BATZ**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:19-M -02051(1)**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 23, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"The Defendant, Juana SIC-Batz, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico by crossing the Rio Grande River on February 23, 2019, approximately 3.13 miles east of the Bridge of the Americas Port of Entry, in El Paso, Texas, in the Western District of Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers."**

Continued on the attached sheet and made a part hereof:  **X** Yes ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jacobo, Raul
Border Patrol Agent

02/28/2019    at    EL PASO, Texas
Date                                             City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:01 P.M.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

**WESTERN DISTRICT OF TEXAS**

**(1) JUANA SIC-BATZ**

FACTS   (CONTINUED)

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

The Defendant, Juana  SIC-Batz, an alien to the United States and a citizen of Guatemala, entered the United States from the Republic of Mexico by crossing the Rio Grande River on  February 23, 2019 , approximately 3.13 miles east of the Bridge of the Americas Port of Entry, in El Paso, Texas , in the Western District of Texas.  The place where the Defendant entered is not designated as a Port of Entry by immigration officers.

IMMIGRATION HISTORY:

**NONE**

CRIMINAL HISTORY:

**NONE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:19-M -02051(1) |
| (1) JUANA SIC-BATZ | § | |

### ORDER SETTING INITIAL APPEARANCE / MISD ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for INITIAL APPEARANCE / MISD ARRAIGNMENT, in Magistraterd Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on 02/28/2019.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 02/28/2019.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE